```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                      MINUTES OF PROCEEDINGS


NEWARK                                    DATE: 23 February 2012

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                            Docket # 2:12cr140-1

U.S.A.  v. Robert Stein

Appearances:

AUSA    Charles Reilly, Bryan Bughman, & Debra Brookes

D       Paul Zoubek

Nature of proceedings:

Deft. sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1  Of Information
Rule 11 fld.
Plea Agreement fld.
ORDERED sentence date set for 18 June 2012 at 10:00am
ORDERED bail set at $100,000.00 PR Bond
executed in courtroom


Time Commenced 10:45
Time Adjourned 11:30



cc: chambers                              Scott P. Creegan
                                          Deputy Clerk
```