AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | |
|---|---|
| UNITES STATES OF AMERICA<br>*Plaintiff*<br>v.<br>ROBERT W. STEIN<br>*Defendant* | )<br>)<br>)   Case No. 2:12 CR 140-1<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBERT W. STEIN

Date:     02/23/2012

*Attorney's signature*

Paul H. Zoubek -- 011721986
*Printed name and bar number*

Montgomery McCracken Walker & Rhoads, LLP
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08003
*Address*

pzoubek@mmwr.com
*E-mail address*

(856) 488-7731
*Telephone number*

(856) 488-7720
*FAX number*