**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
(A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA)
BY:     Kristin Muir Mykulak, Esq.
457 Haddonfield Road, Suite 600
Cherry Hill, NJ  08002
Telephone: (856) 488-7700
Fax: (856) 488-7720
ATTORNEYS FOR DEFENDANT ROBERT STEIN

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>ROBERT STEIN,<br><br>               Defendant. | Case: 2:12-cr-00140<br><br>Hon. Faith S. Hochberg, U.S.D.J.<br><br>**NOTICE OF APPEARANCE**<br><br>**Document Filed Electronically** |

**PLEASE TAKE NOTICE THAT** Defendant Robert Stein is represented by the firm Montgomery, McCracken, Walker & Rhoads LLP.  Kristin Muir Mykulak is an attorney with Montgomery, McCracken, Walker & Rhoads LLP, and is working on this matter on behalf of Mr. Stein. Ms. Mykulak is registered on the Court's CM/ECF system.  Accordingly, Mr. Stein requests that any Notices of Electronic Filing in this case be sent to Ms. Mykulak at the following address: kmykulak@mmwr.com.

                                            /s/ *Kristin Muir Mykulak*
                                            Kristin Muir Mykulak
                                            Montgomery McCracken Walker & Rhoads LLP
                                            LibertyView, Suite 600
                                            457 Haddonfield Rd.
                                            Cherry Hill, New Jersey 08002
                                            Direct: (856) 488-7746
                                            Fax:    (215) 731-3617
                                            kmykulak@mmwr.com

1

3538292v1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of June 2014, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.


Dated: June 18, 2014　　　　　　　　　　s/ *Kristin Muir Mykulak*
　　　　　　　　　　　　　　　　　　　　Kristin Muir Mykulak