# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Kristin Muir Mykulak**
Admitted in New Jersey,
Pennsylvania & New York

LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002-2220

856-488-7700 *Main*
856-488-7746 *Direct*
856-488-7720 *Fax*
kmykulak@mmwr.com

June 18, 2014

<u>**VIA ECF**</u>

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court Judge
Frank R. Lautenberg U.S. Post Office & Courthouse Building
1 Federal Square, Rm. 369
Newark, NJ 07102

Re:   **United States v. Robert Stein**
      **Case: 2:12-cr-00140**
      <u>**Defendant's Request for Permission to Travel**</u>

Dear Judge Hochberg:

We represent Defendant Robert W. Stein in the above-referenced matter. On behalf of Mr. Stein, please accept this letter as a request to modify his Conditions of Release to permit him to travel to Canada from on or about July 12, 2014 through on or about July 20, 2014. The United States Department of Justice, Antitrust Division ("Antitrust Division") and Pretrial Services are aware of this request, have no objection and consent to the request. Accordingly, a proposed Consent Order is enclosed for Your Honor's consideration. Last year, Judge Cavanaugh approved the same Consent Order on behalf of Mr. Stein (copy enclosed).

On February 23, 2012, Mr. Stein pled guilty pursuant to the terms of a cooperating plea agreement with the Antitrust Division to violating the Sherman Act, 18 U.S.C. section 1. Mr. Stein was released on a $100,000 unsecured appearance bond. Pursuant to the conditions of his release, Mr. Stein surrendered his passport and his travel was restricted to the Continental United States unless otherwise approved by Pretrial Services. Mr. Stein was also ordered to Pretrial Services supervision. Since the entry of his plea, Mr. Stein has reported consistently to Pretrial Services and he has continued to cooperate with the Antitrust Division.

Mr. Stein wishes to travel on vacation to Canada from on or about July 12th to on or about July 20th, 2014. Pretrial Services has no objection to this request as long as Mr. Stein provides an itinerary to his Pretrial Services officer and makes arrangements to return his passport to Pretrial Services within 72 hours of his return to the United States. Charles Reilly, Esquire, of the Antitrust Division, who is handling Mr. Stein's case, has no objection to this

Montgomery McCracken Walker & Rhoads LLP

Hon. Faith S. Hochberg, U.S.D.J.
June 18, 2014
Page 2

request, has reviewed the proposed form of Order and consents to the entry of an order granting Mr. Stein limited permission to travel outside the United States. Therefore, Mr. Stein respectfully requests that the Court enter the proposed Consent Order granting him limited permission to travel outside the United States for the time period and under the conditions set forth in the proposed Order.

Thank you for your consideration in this regard.

Very truly yours,

*Kristin M. Mykulak*

Kristin Muir Mykulak

KMM:md
Enclosures

cc:   Charles Reilly, Esquire (w/encl.)
      Lourdes Roscoe, Pretrial Services (w/encl.)

3703597v1