**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
(A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA)
BY:   Kristin Muir Mykulak, Esq.
457 Haddonfield Road, Suite 600
Cherry Hill, NJ  08002
Telephone: (856) 488-7700
Fax: (856) 488-7720
ATTORNEYS FOR DEFENDANT ROBERT STEIN

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT STEIN,<br><br>      Defendant. | Case: 2:12-cr-00140<br><br>Hon. Faith S. Hochberg, U.S.D.J. |

**CONSENT ORDER MODIFYING DEFENDANT ROBERT STEIN'S CONDITIONS OF RELEASE TO PERMIT HIM TO TRAVEL OUTSIDE THE CONTINENTAL UNITED STATES**

  This matter having come before the Court upon the application of Kristin Muir Mykulak, Esquire, counsel for Defendant Robert Stein, for an Order Modifying Defendant's Conditions of Release to Permit Defendant to Travel Outside the Continental United States; and the United States Department of Justice, Antitrust Division and Pretrial Services having no objection and consenting to the request; and Defendant being in compliance with the conditions of his release;

  IT IS on this __19th__ day of __June__ 2014;

  **ORDERED** that Defendant Robert Stein's Conditions of Release are modified to permit him to travel on vacation to Canada from on or about July 12, 2014 to on or about July 20, 2014

3703603v1

**IT IS FURTHER ORDERED** that Defendant provide an itinerary of his trip to his Pretrial Services officer prior to his departure; and

**IT IS FURTHER ORDERED** that Defendant make arrangements to return his passport to Pretrial Services within 72 hours of his return to the United States.

APPROVED AND SO ORDERED

_____
Honorable Faith S. Hochberg, U.S.D.J.

**CONSENTED TO:**

By: _____  By: _____
CHARLES REILLY, ESQ.           KRISTIN MUIR MYKULAK, ESQ.
United States Department Of Justice   Montgomery, McCracken, Walker
Antitrust Division                & Rhoads, LLP
Jacob K. Javits Federal Building   LibertyView
Suite 3630                      457 Haddonfield Road, Suite 600
26 Federal Plaza                Cherry Hill, NJ 08002
New York, NY 10278              *Attorney for Defendant*
*Attorney for Plaintiff*

Dated: June ___, 2014           Dated: June 17, 2014