

**MONTGOMERY McCRACKEN**
ATTORNEYS AT LAW

**Paul H. Zoubek**
Admitted in New Jersey,
Pennsylvania & New York

LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002-2220

856-488-7700  *Main*
856-488-7731  *Direct*
856-488-7720  *Fax*
pzoubek@mmwr.com

February 24, 2016

*Via ECF*

Honorable Susan D. Wigenton
United States District Court
M.L. King, Jr. Federal Bldg. & Courthouse
Room 5060
50 Walnut Street
Newark, NJ 07102

RE: United States of America v. Robert Stein
United States District Court for the District of New Jersey
Case 2:12-cr-00140-SDW

Dear Judge Wigenton:

I represent Robert Stein who is currently set for sentencing before Your Honor on March 28, 2016.

I would like to request a 30 day continuance of the sentencing given the nature of my client's cooperation against certain other defendants who are currently scheduled for sentencing between March 28, 2016 and April 25, 2016.

I have consulted with Ms. Grace Pyun who is handling Mr. Stein's sentencing for Antitrust, and she has advised that she does not have an objection to this request.

Thank you for your time and consideration.

Respectfully,

Paul H. Zoubek

PHZ:plh
cc: Grace Pyun, Trial Attorney, Antitrust