UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                              DATE: April 27, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Walter Perelli

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                      Docket# 12-CR-140

U.S.A. v. ROBERT STEIN

**Appearances**:
Grace Pyun, AUSA for the Gov't
Steven Tugander, AUSA for the Gov't
Paul H. Zoubek, Esq. for Deft
Joanne Young, Probation Officer

Nature of Proceeding:    **SENTENCING**

Dft sentenced to 1 year probation;
Fine: $20,000 - due immediately;
Special Assessment: $100.00 - due immediately;
Special Conditions:
1) New Debt Restrictions
2) Self-employment/Business Disclosure
3) Occupational Restrictions


Time Commenced 11:30 a.m.
Time Adjourned 11:50 a.m.
Total time: 20 mins.
cc: chambers                                        Carmen D. Soto
                                                    Deputy Clerk